### SOUTHERN RAILWAY COMPANY *v.* BOWEN.

ATKINSON, J. There being no assignment of error on any question of law, and the evidence being sufficient to support the verdict, the discretion of the trial judge in refusing to grant a new trial will not be disturbed.

*Judgment affirmed. All the Justices concur.*

APRIL 18, 1910.

Action for damages.    Before Judge Kimsey.    Stephens superior court.    July 20, 1909.

*Fermor Barrett* and *A. G. & Julian McCurry*, for plaintiff in error.    *Howard Thompson*, contra.